IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL J. DESCARTES-LOYOLA<br>Plaintiff<br><br>vs<br><br>FUNDACION DAMAS, INC.<br>HOSPITAL DAMAS, INC.<br>DR. FRANCIS ZAYAS, his wife JUANA ZAYAS and the legal conjugal partnership existing between them;<br>DR. CARLOS VAZQUEZ-SANTIAGO, his wife JUANA VAZQUEZ-SANTIAGO and the legal conjugal partnership existing between them;<br>DR. RAMON MERCADO, his wife JUANA MERCADO and the legal conjugal partnership existing between them;<br>DR. ANIBAL TORRES, his wife, JUAN TORRES and the legal conjugal partnership existing between them;<br>DR. FULANO DE TAL, his wife FULANA DE TAL and the legal conjugal partnership existing between them;<br>JOHN DOE, his wife JANE DOE, and the legal conjugal partnership existing between them;<br>CORPORATION XXX<br>PROFESSIONAL PARTNERSHIP YYY<br>INSURANCE COMPANIES DAMAS, ZAYAS, VAZQUEZ-SANTIAGO, MERCADO, TORRES, DE TAL, DOE XXX and YYY<br>Defendants | CIVIL 04-2190CCC |

**O R D E R**

Plaintiff's Motion Requesting Leave to File Amended (**docket entry 18**) is GRANTED. This action was previously dismissed for failure to serve within the term allowed and the order vacating the dismissal excluded the unidentified defendants.

Dr. Aníbal R. Torres and his conjugal partnership's Motion Requesting Continuance of Trial set for April 4, 2006 (**docket entry 20**) due to their attorney's calendar conflict with Civil 04-1911(JAG) is DENIED. The docket shows that said trial has been reset for a later date, not in conflict with the trial setting in this case.

CIVIL 04-2190CCC                                       2

Dr. Aníbal R.Torres' Motion of Disclosure Pursuant to Rule 26(a)(1) of the Rules of Federal Civil Procedure (**docket entry 22**) is NOTED.

Plaintiff's Disclosure Pursuant to Rule 26(a)(1) Fed. R. Civ. P. Motion (**docket entry 23**) is NOTED.

The motion informing of their disclosures entitled "Rule 26 (a)(1) of FRCP from Fundación Damas, Inc. and Hospital Damas, Inc." (**docket entry 24**) is NOTED.

Fundación Damas, Inc. and Hospital Damas, Inc.'s Motion for Leave to File Third Party Complaint (**docket entry 27**) is DENIED. Dr. Mercado was identified as a defendant in the original complaint and co-defendants Hospital Damas, Inc. and Fundación Damas, Inc., who were served on February 18, 2005, could have brought Dr. Mercado as a crossclaim defendant earlier, but failed to do so. To allow the third-party complaint and service of process on this individual, who purportedly lives in Spain, will cause perilous delays in the proceeding inasmuch as the pretrial/settlement conference is set for March 2, 2006 and the jury trial set for April 4, 2006. The Third Party Complaint (**docket entry 28**) is STRICKEN .

Fundación Damas, Inc. and Hospital Damas, Inc.'s Informative Motion (**docket entry 29**) is NOTED.

Fundación Damas, Inc. and Hospital Damas, Inc.'s Motion Submitting Exhibits (**docket entry 30**) is NOTED.

Plaintiff's Motion for Brief Extension of Time (**docket entry 31**) is GRANTED.
SO ORDERED.
At San Juan, Puerto Rico, on February 8, 2006.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge